UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v

JANETTE GAGGO (TAWFIK),

        Defendant.

No. 17-20183

Hon. Mark A. Goldsmith

**ORDER**

The time for the parties to submit proposed Orders regarding continued detention of the Defendant is extended to 5:00 pm, April 14, 2017.

Dated: April 7, 2017
      Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 7, 2017.

s/Marlena Williams
In absence of Karri Sandusky
Case Manager