UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v                                             Case No. 17-20183
                                                      HON. MARK A. GOLDSMITH

D2- JANETTE GAGGO TAWFIK
D3- SHELVIE LEWIS AVERY,

      Defendant.
_____/

**NOTICE TO APPEAR/SCHEDULING ORDER**

- MOTIONS DUE BY:   **April 26, 2017**

The defendant is hereby notified to appear before the Honorable Mark A. Goldsmith for the following proceedings:

- PLEA HEARING/CUT-OFF:   **June 13, 2017@ 3:00 p.m.;**

- FINAL PRETRIAL CONFERENCE: **June 13, 2017@ 3:00 p.m.;**

- JURY TRIAL:   **June 26, 2017 @ 8:30 a.m.**

Dated: April 13, 2017                                s/Mark A. Goldsmith
      Detroit, Michigan                          MARK A. GOLDSMITH
                                                        United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 13, 2017.                     s/Karri Sandusky
                                                             Case Manager