**United States District Court**
**Eastern District of Michigan**
**Southern Division**

| | |
|---|---|
| The United States of America, | Criminal No. 17-20183 |
| Plaintiff, | Hon. Mark A. Goldsmith |
| v. | |
| D-2 Janette Gaggo Tawfik, | Violations: |
| | 18 U.S.C. § 1591(a) |
| Defendant. | 18 U.S.C. § 1591(b) |
| | 18 U.S.C. § 1594(c) |
| | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(A), |
| | 21 U.S.C. § 841(b)(1)(C) |
| | 21 U.S.C. § 846 |
| | 21 U.S.C. § 856(a)(2) |

### Defendant's Acknowledgment of Superseding Indictment

I, Janette Gaggo Tawfik, defendant in this case, hereby acknowledge that I have received a copy of the superseding indictment before entering my plea, and that I have read it and understand its contents. I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count One:** Sex trafficking conspiracy, any term of years up to LIFE in prison, a $250,000 fine, or both.
**Count Two:** Sex trafficking conspiracy, any term of years up to LIFE in prison, a $250,000 fine, or both.
**Count Three:** Sex trafficking by force, fraud, and coercion, not less than 15 years and up to LIFE in prison, a $250,000 fine, or both.
**Count Four:** Sex trafficking by force, fraud, and coercion, not less than 15 years and up to LIFE in prison, a $250,000 fine, or both.
**Count Five:** Sex trafficking by force, fraud, and coercion, not less than 15 years and up to LIFE in prison, a $250,000 fine, or both.
**Count Six:** Sex trafficking by force, fraud, and coercion, not less than 15 years and up to LIFE in prison, a $250,000 fine, or both.

1

**Count Seven:** Sex trafficking by force, fraud, and coercion, not less than 15 years and up to LIFE in prison, a $250,000 fine, or both.
**Count Eight:** Sex trafficking by force, fraud, and coercion, not less than 15 years and up to LIFE in prison, a $250,000 fine, or both.
**Count Nine:** Sex trafficking by force, fraud, and coercion, not less than 15 years and up to LIFE in prison, a $250,000 fine, or both.
**Count Ten:** Sex trafficking by force, fraud, and coercion, not less than 15 years and up to LIFE in prison, a $250,000 fine, or both.
**Count Eleven:** Conspiracy to distribute a controlled substance, not less than 10 years and up to LIFE in prison, a $10,000,000 fine, or both.
**Count Twelve:** Conspiracy to distribute a controlled substance, not less than 10 years and up to LIFE in prison, a $10,000,000 fine, or both.
**Count Fifteen:** Distribution of a controlled substance resulting in death or serious bodily injury, not less than 20 years and up to LIFE in prison, a $1,000,000 fine, or both.
**Count Seventeen:** Distribution of a controlled substance resulting in death or serious bodily injury, not less than 20 years and up to LIFE in prison, a $1,000,000 fine, or both.
**Count Nineteen:** Maintaining a drug involved premises, any term of years up to 20 years, a $500,000 fine, or both.

_____
Janette Gaggo Tawfik
Defendant

### Acknowledgment of Defense Counsel

I acknowledge that I am counsel for Defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: __10-4-17__          Counsel for Defendant: _____

2