**United States District Court for the** Eastern

**District of** Michigan

United States of America

Plaintiff,

vs.

D-2 Janette Tawfik Gaggo

Defendant.

Case No. 17-20183

# NOTICE OF APPEAL

Notice is hereby given that Janette Tawfik Gaggo,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

Order and Opinion Denying Defendant's Motion to Set Aside Detention Order
*The final judgment, from an order describing it*

entered in this action on the 11th day of December, 2020.

(s) Michael S Friedman

Address: 2833 Crooks Rd., Suite 104

Troy, MI 48084

Attorney for Defendant

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ✔
    Court of Appeals ✔

6CA-3
11/16